**No. 67436.**—The American Import Company *v.* United States, protest 59/28098 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of luvi vinyl Christmas trees on a wood base, in chief value of artificial stems made of noncellulosic vinyl material, over 1 inch in width, similar in all material respects to those the subject of Abstract 65699 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 14, 1963

**No. 67437.**—Authentic Furniture Products et al. *v.* United States, protests 61/13429, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of wall shelves similar in all material respects to those the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiffs was sustained.

**No. 67438.**—Selectile Co., Inc., and Frank P. Dow, Inc. *v.* United States, protests 61/6401 and 62/1800 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., Frank P. Dow Co., Inc., of L.A., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiffs was sustained.